CAROL A. DOYLE
# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
SMUKSTA, DAVID WAYNE § Case No. 10-54636
SMUKSTA, VIVIAN VASSILAKOS §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $

  Funds were disbursed in the following amounts:

  Payments made under an interim disbursement
  Administrative expenses
  Other payments to creditors
  Non-estate funds paid to 3rd Parties
  Exemptions paid to the debtor
  Other payments to the debtor

  Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/PHILIP V. MARTINO_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

10/1/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-54636 CAD Judge: CAROL A. DOYLE | |
| Case Name: | SMUKSTA, DAVID WAYNE | |
| | SMUKSTA, VIVIAN VASSILAKOS | |
| For Period Ending: | 09/14/11 | |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Date Filed (f) or Converted (c): | 12/10/10 (f) |
| 341(a) Meeting Date: | 02/02/11 |
| Claims Bar Date: | 06/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 13095 SPRUCE HILL COURT, LEMONT IL 60439 | 475,000.00 | 0.00 | | 0.00 | FA |
| 2. TIMESHARE IN ORLANDO, FLORIDA | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING / SAVINGS ACCOUNT AT FIRST MIDWEST | 900.00 | 0.00 | | 0.00 | FA |
| 5. MISC HOUSEHOLD GOODS AND FURNITURE LOCATED AT - , | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. DISNEY COLLECTION | 750.00 | 0.00 | | 0.00 | FA |
| 7. PERSONAL CLOTHING OF DEBTOR | 500.00 | 0.00 | | 0.00 | FA |
| 8. 401K ACCOUNTS AT LOWES | 14,830.00 | 0.00 | | 0.00 | FA |
| 9. 2010 INCOME TAX REFUND (EST) | 4,200.00 | 0.00 | | 0.00 | FA |
| 10. 2004 HONDA PILOT PER CARMAX | 7,000.00 | 7,000.00 | | 7,000.00 | FA |
| 11. 2005 ACURA MDX PER CARMAX | 11,000.00 | 2,200.00 | | 2,200.00 | FA |
| 12. 2010 HONDA FIT | 18,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.43 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $543,280.00     $9,200.00     $9,200.43     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/11

LFORM1    **UST Form 101-7-TFR (10/1/2010)** *(Page: 3)*    Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-54636 -CAD | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | SMUKSTA, DAVID WAYNE | | Bank Name: | BANK OF AMERICA, N.A. |
| | SMUKSTA, VIVIAN VASSILAKOS | | Account Number / CD #: | *******0690 BofA - Money Market Account |
| Taxpayer ID No: | *******5649 | | | |
| For Period Ending: | 09/14/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/22/11 | 11 | David Smuksta<br>First Midwest Cashier's Check | | 1129-000 | 2,200.00 | | 2,200.00 |
| 03/22/11 | 10 | Carmax | | 1129-000 | 7,000.00 | | 9,200.00 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 9,200.02 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,200.09 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,200.17 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,200.25 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,200.32 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,200.40 |
| 09/14/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 9,200.43 |
| 09/14/11 | | Transfer to Acct #*******0852 | Final Posting Transfer | 9999-000 | | 9,200.43 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 9,200.43 | 9,200.43 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 9,200.43 | |
| Subtotal | 9,200.43 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 9,200.43 | 0.00 | |

Page Subtotals  9,200.43  9,200.43

UST Form 101-7-TFR (10/1/2010) (Page: 4)

LFORM24

Ver: 16.02b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-54636 -CAD |
| Case Name: | SMUKSTA, DAVID WAYNE |
| | SMUKSTA, VIVIAN VASSILAKOS |
| Taxpayer ID No: | *******5649 |
| For Period Ending: | 09/14/11 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0852  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/11 | | Transfer from Acct #*******0690 | Transfer In From MMA Account | 9999-000 | 9,200.43 | | 9,200.43 |

```
                                              COLUMN TOTALS                  9,200.43        0.00      9,200.43
                                        Less: Bank Transfers/CD's            9,200.43        0.00
                                              Subtotal                           0.00        0.00
                                        Less: Payments to Debtors                             0.00
                                              Net                                0.00        0.00
```

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********0690 | 9,200.43 | 0.00 | 0.00 |
| BofA - Checking Account - ********0852 | 0.00 | 0.00 | 9,200.43 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 9,200.43 | 0.00 | 9,200.43 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      9,200.43        0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-54636 | | Page 1 | | Date: September 14, 2011 |
| Debtor Name: | SMUKSTA, DAVID WAYNE | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Quarles & Brady | Administrative | | $1,338.00 | $0.00 | $1,338.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $39.87 | $0.00 | $39.87 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $7,378.53 | $0.00 | $7,378.53 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $24,810.06 | $0.00 | $24,810.06 |
| 000004<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $16,564.70 | $0.00 | $16,564.70 |
| 000005<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $15,869.81 | $0.00 | $15,869.81 |
| 000006<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $4,417.11 | $0.00 | $4,417.11 |
| 000007<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $3,519.88 | $0.00 | $3,519.88 |
| 000008<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $12,288.37 | $0.00 | $12,288.37 |
| 000009<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $23,173.62 | $0.00 | $23,173.62 |
| 000010<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,238.47 | $0.00 | $2,238.47 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-54636 | | Page 2 | | Date: September 14, 2011 |
| Debtor Name: | SMUKSTA, DAVID WAYNE | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $4,378.88 | $0.00 | $4,378.88 |
| 000012 070 7100-00 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $2,545.14 | $0.00 | $2,545.14 |
| 000013 070 7100-00 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $6,966.17 | $0.00 | $6,966.17 |
| | Case Totals: | | | $125,528.61 | $0.00 | $125,528.61 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-54636
Case Name: SMUKSTA, DAVID WAYNE
       SMUKSTA, VIVIAN VASSILAKOS
Trustee Name: PHILIP V. MARTINO

    Balance on hand                             $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |
| Attorney for Trustee Fees: Quarles & Brady | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | American InfoSource LP as agent for | $ | $ | $ |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000006 | American Express Bank, FSB | $ | $ | $ |
| 000007 | Chase Bank USA, N.A. | $ | $ | $ |
| 000008 | Chase Bank USA, N.A. | $ | $ | $ |
| 000009 | Chase Bank USA, N.A. | $ | $ | $ |
| 000010 | Chase Bank USA, N.A. | $ | $ | $ |
| 000011 | Chase Bank USA, N.A. | $ | $ | $ |
| 000012 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000013 | FIA Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

     Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE