CAROL A. DOYLE

# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMUKSTA, DAVID WAYNE | § | Case No. 10-54636 |
| SMUKSTA, VIVIAN VASSILAKOS | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET,  ROOM 713
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/25/2011 in Courtroom 742,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/14/2011          By: Clerk of the Bankruptcy Court
                                       Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

*CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMUKSTA, DAVID WAYNE | § | Case No. 10-54636 |
| SMUKSTA, VIVIAN VASSILAKOS | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,200.43 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 9,200.43 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 1,670.04 | $ 0.00 | $ 1,670.04 |
| Attorney for Trustee Fees: Quarles & Brady | $ 1,338.00 | $ 0.00 | $ 1,338.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,008.04 |
| Remaining Balance | $ | 6,192.39 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 124,190.61  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 39.87 | $ 0.00 | $ 1.99 |
| 000002 | Discover Bank | $ 7,378.53 | $ 0.00 | $ 367.91 |
| 000003 | American InfoSource LP as agent for | $ 24,810.06 | $ 0.00 | $ 1,237.08 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 16,564.70 | $ 0.00 | $ 825.95 |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ 15,869.81 | $ 0.00 | $ 791.30 |
| 000006 | American Express Bank, FSB | $ 4,417.11 | $ 0.00 | $ 220.24 |
| 000007 | Chase Bank USA, N.A. | $ 3,519.88 | $ 0.00 | $ 175.51 |
| 000008 | Chase Bank USA, N.A. | $ 12,288.37 | $ 0.00 | $ 612.72 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Chase Bank USA, N.A. | $ 23,173.62 | $ 0.00 | $ 1,155.48 |
| 000010 | Chase Bank USA, N.A. | $ 2,238.47 | $ 0.00 | $ 111.61 |
| 000011 | Chase Bank USA, N.A. | $ 4,378.88 | $ 0.00 | $ 218.34 |
| 000012 | FIA Card Services, NA/Bank of America | $ 2,545.14 | $ 0.00 | $ 126.91 |
| 000013 | FIA Card Services, NA/Bank of America | $ 6,966.17 | $ 0.00 | $ 347.35 |

Total to be paid to timely general unsecured creditors      $      6,192.39

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
Trustee

*PHILIP V. MARTINO*

*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 10-54636-CAD
David Wayne Smuksta                                                             Chapter 7
Vivian Vassilakos Smuksta
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhatch          Page 1 of 2          Date Rcvd: Sep 15, 2011
                             Form ID: pdf006        Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2011.
db/jdb      +David Wayne Smuksta,   Vivian Vassilakos Smuksta,   13095 Spruce Hill Court,
             Lemont, IL 60439-7329
aty         +John J Lynch,   Law Offices of John J Lynch, P.C.,   801 Warrenville Road, Suite 152,
             Lisle, IL 60532-1396
aty          Shannon F OBoye,   Quarles & Brady LLP,   300 N LaSalle St Suite 4000,   Chicago, IL  60654
tr           Philip V Martino, ESQ,   Quarles & Brady,   300 N. LaSalle,   Suite 4000,   Chicago, IL  60654
17220768     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17542497     American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
             Oklahoma City, OK  73124-8840
16529921    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
16529924    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17244744     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16529925    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
16529927    +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16529920    +E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 16 2011 01:33:12
             Americ Honda Finance Corporation,   National Bankruptcy Center,   PO Box 168088,
             Irving, TX 75016-8088
17050362     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 16 2011 04:28:47
             American InfoSource LP as agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
             Oklahoma City, OK  73124-8840
17013795     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 16 2011 04:29:57     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
16529926    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 16 2011 04:29:57     Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
17442419     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 16 2011 04:28:47
             FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
16529928    +Fax: 847-227-2151 Sep 16 2011 02:38:04     Mrsi,   2250 E Devon Ave Ste 352,
             Des Plaines, IL 60018-4521
17156311    +E-mail/Text: resurgentbknotifications@resurgent.com Sep 16 2011 01:32:33
             PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
             c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                      TOTAL: 7


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         Philip V Martino, ESQ,   Quarles & Brady,   300 N. LaSalle,   Suite 4000,   Chicago, IL  60654
16529923    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16529922    ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
16529929    ##+Ocwen Loan Servicing L,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
                                                                       TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: lhatch            Page 2 of 2              Date Rcvd: Sep 15, 2011
                             Form ID: pdf006          Total Noticed: 18

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2011**                    **Signature:**    _Joseph Speetjens_