CAROL A. DOYLE
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMUKSTA, DAVID WAYNE | § | Case No. 10-54636 |
| SMUKSTA, VIVIAN VASSILAKOS | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 28,130.00 |
| Total Distributions to Claimants: 6,192.39 | Claims Discharged<br>Without Payment: 186,804.22 |
| Total Expenses of Administration: 3,008.04 | |

3) Total gross receipts of $ 9,200.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 9,200.43 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 664,791.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,008.04 | 3,008.04 | 3,008.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 177,960.00 | 124,190.61 | 124,190.61 | 6,192.39 |
| **TOTAL DISBURSEMENTS** | $ 842,751.00 | $ 127,198.65 | $ 127,198.65 | $ 9,200.43 |

4) This case was originally filed under chapter 7 on 12/10/2010 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/22/2011 By:/s/PHILIP V. MARTINO

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 HONDA PILOT PER CARMAX | 1129-000 | 7,000.00 |
| 2005 ACURA MDX PER CARMAX | 1129-000 | 2,200.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.43 |
| **TOTAL GROSS RECEIPTS** | | $ 9,200.43 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americ Honda Finance Corporation National Bankruptcy Center PO Box 168088 Irving, TX 75016 | | 17,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing L 12650 Ingenuity Dr Orlando, FL 32826 | | 647,791.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 664,791.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 1,670.04 | 1,670.04 | 1,670.04 |
| B OF A | 2600-000 | NA | -11.23 | -11.23 | -11.23 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 11.23 | 11.23 | 11.23 |
| QUARLES & BRADY | 3110-000 | NA | 1,338.00 | 1,338.00 | 1,338.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,008.04 | $ 3,008.04 | $ 3,008.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 4,176.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 4,176.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | 6,401.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 2,492.00 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 22,723.00 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 11,563.00 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 6,554.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 3,710.00 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 3,687.00 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 987.00 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 987.00 | NA | NA | 0.00 |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | 1,350.00 | NA | NA | 0.00 |
| 000006 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 4,417.11 | 4,417.11 | 220.24 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 24,483.00 | 24,810.06 | 24,810.06 | 1,237.08 |
| 000007 | CHASE BANK USA, N.A. | 7100-000 | 3,469.00 | 3,519.88 | 3,519.88 | 175.51 |
| 000008 | CHASE BANK USA, N.A. | 7100-000 | 12,115.00 | 12,288.37 | 12,288.37 | 612.72 |
| 000009 | CHASE BANK USA, N.A. | 7100-000 | 23,000.00 | 23,173.62 | 23,173.62 | 1,155.48 |
| 000010 | CHASE BANK USA, N.A. | 7100-000 | 1,431.00 | 2,238.47 | 2,238.47 | 111.61 |
| 000011 | CHASE BANK USA, N.A. | 7100-000 | 4,272.00 | 4,378.88 | 4,378.88 | 218.34 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 39.87 | 39.87 | 1.99 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DISCOVER BANK | 7100-000 | 7,639.00 | 7,378.53 | 7,378.53 | 367.91 |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 2,545.14 | 2,545.14 | 126.91 |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 6,966.17 | 6,966.17 | 347.35 |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 16,554.00 | 16,564.70 | 16,564.70 | 825.95 |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 16,191.00 | 15,869.81 | 15,869.81 | 791.30 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 177,960.00 | $ 124,190.61 | $ 124,190.61 | $ 6,192.39 |

6/1/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit 8

Case No: 10-54636 CAD Judge: CAROL A. DOYLE
Case Name: SMUKSTA, DAVID WAYNE
SMUKSTA, VIVIAN VASSILAKOS
For Period Ending: 12/19/11

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 12/10/10 (f)
341(a) Meeting Date: 02/02/11
Claims Bar Date: 06/22/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 13095 SPRUCE HILL COURT, LEMONT IL 60439 | 475,000.00 | 0.00 | | 0.00 | FA |
| 2. TIMESHARE IN ORLANDO, FLORIDA | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING / SAVINGS ACCOUNT AT FIRST MIDWEST | 900.00 | 0.00 | | 0.00 | FA |
| 5. MISC HOUSEHOLD GOODS AND FURNITURE LOCATED AT - , | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. DISNEY COLLECTION | 750.00 | 0.00 | | 0.00 | FA |
| 7. PERSONAL CLOTHING OF DEBTOR | 500.00 | 0.00 | | 0.00 | FA |
| 8. 401K ACCOUNTS AT LOWES | 14,830.00 | 0.00 | | 0.00 | FA |
| 9. 2010 INCOME TAX REFUND (EST) | 4,200.00 | 0.00 | | 0.00 | FA |
| 10. 2004 HONDA PILOT PER CARMAX | 7,000.00 | 7,000.00 | | 7,000.00 | FA |
| 11. 2005 ACURA MDX PER CARMAX | 11,000.00 | 2,200.00 | | 2,200.00 | FA |
| 12. 2010 HONDA FIT | 18,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.43 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $543,280.00 | $9,200.00 | | $9,200.43 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11 Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-54636 -CAD
Case Name: SMUKSTA, DAVID WAYNE
SMUKSTA, VIVIAN VASSILAKOS
Taxpayer ID No: *******5649
For Period Ending: 12/19/11

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0690 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/22/11 | 11 | David Smuksta<br>First Midwest Cashier's Check | | 1129-000 | 2,200.00 | | 2,200.00 |
| 03/22/11 | 10 | Carmax | | 1129-000 | 7,000.00 | | 9,200.00 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 9,200.02 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,200.09 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,200.17 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,200.25 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,200.32 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,200.40 |
| 09/14/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 9,200.43 |
| 09/14/11 | | Transfer to Acct #*******0852 | Final Posting Transfer | 9999-000 | | 9,200.43 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 9,200.43 | 9,200.43 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 9,200.43 | |
| Subtotal | 9,200.43 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 9,200.43 | 0.00 | |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 9,200.43 | 9,200.43 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-54636 -CAD
Case Name: SMUKSTA, DAVID WAYNE
SMUKSTA, VIVIAN VASSILAKOS
Taxpayer ID No: *******5649
For Period Ending: 12/19/11

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0852 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/11 | | Transfer from Acct #*******0690 | Transfer In From MMA Account | 9999-000 | 9,200.43 | | 9,200.43 |
| 10/26/11 | 003001 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,670.04 | 7,530.39 |
| 10/26/11 | 003002 | Quarles & Brady | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,338.00 | 6,192.39 |
| 10/26/11 | 003003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 4.98622% | 7100-000 | | 367.91 | 5,824.48 |
| 10/26/11 | 003004 | American InfoSource LP as agent for<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000003, Payment 4.98620% | 7100-000 | | 1,237.08 | 4,587.40 |
| 10/26/11 | 003005 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 4.98621% | 7100-000 | | 825.95 | 3,761.45 |
| 10/26/11 | 003006 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000005, Payment 4.98620% | 7100-000 | | 791.30 | 2,970.15 |
| 10/26/11 | 003007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 4.98607%<br>(6-1) CREDIT CARD DEBT | 7100-000 | | 220.24 | 2,749.91 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 9,200.43 | 6,450.52 |

Ver: 16.04e

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-54636 -CAD
Case Name: SMUKSTA, DAVID WAYNE
SMUKSTA, VIVIAN VASSILAKOS
Taxpayer ID No: *******5649
For Period Ending: 12/19/11

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0852 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/26/11 | 003008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 4.98625% | 7100-000 | | 175.51 | 2,574.40 |
| 10/26/11 | 003009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 4.98618% | 7100-000 | | 612.72 | 1,961.68 |
| 10/26/11 | 003010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 4.98619% | 7100-000 | | 1,155.48 | 806.20 |
| 10/26/11 | 003011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000010, Payment 4.98599% | 7100-000 | | 111.61 | 694.59 |
| 10/26/11 | 003012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000011, Payment 4.98621% | 7100-000 | | 218.34 | 476.25 |
| 10/26/11 | 003013 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000012, Payment 4.98637% | 7100-000 | | 126.91 | 349.34 |
| 10/26/11 | 003014 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000013, Payment 4.98624% | 7100-000 | | 347.35 | 1.99 |
| 10/26/11 | 003015 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 1.99 | 0.00 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.23 | -11.23 |
| 11/23/11 | | B OF A | Bank reversed bank service fee | 2600-000 | 11.23 | | 0.00 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 11.23 | 2,761.14 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 10-54636 -CAD | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SMUKSTA, DAVID WAYNE | Bank Name: | BANK OF AMERICA, N.A. |
| | SMUKSTA, VIVIAN VASSILAKOS | Account Number / CD #: | *******0852 BofA - Checking Account |
| Taxpayer ID No: | *******5649 | | |
| For Period Ending: | 12/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,211.66 | 9,211.66 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 9,200.43 | 0.00 | |
| | | | Subtotal | | 11.23 | 9,211.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 11.23 | 9,211.66 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********0690 | 9,200.43 | 0.00 | 0.00 |
| BofA - Checking Account - ********0852 | 11.23 | 9,211.66 | 0.00 |
| | 9,211.66 | 9,211.66 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |